IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03971-PAB-NRN

BENJAMIN RODGERS, and those similarly situated, and
ASAAD ABRAH RAHAMA,

      Plaintiffs,

v.

USA,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on defendant's Motion to Dismiss [Docket No. 11]. On April 6, 2026, plaintiff filed an amended complaint, Docket No. 15, pursuant to Fed. R. Civ. P. 15(a). *See* Docket No. 16 at 1. "The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 148269, at *1 (D. Colo. Jan. 11, 2010). Because the motion to dismiss is directed at plaintiff's original complaint, the motion is moot.

      Therefore, it is

      **ORDERED** that defendant's Motion to Dismiss [Docket No. 11] is **DENIED without prejudice** as moot.

      DATED April 7, 2026.