IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03971-PAB-NRN

BENJAMIN RODGERS,
ASAAD ABRAH RAHAMA, and those similarly situated,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED
SCHEDULING ORDER AND TO VACATE AND RESET
SCHEDULING CONFERENCE**

---

Defendant moves to vacate and reset the Scheduling Conference, which is currently set for May 29, 2026, *see* ECF No. 23, to an alternative date convenient to the Court on or after June 12, 2026. Defendant also moves for an extension of time of the related deadline to file the proposed scheduling order, to a new date seven days prior to the new date for the Scheduling Conference. An additional two weeks will provide the parties additional time to confer and possibly reach agreement regarding next steps in this collective action under the Fair Labor Standards Act ("FLSA").

**BACKGROUND**

Plaintiffs, transportation security officers, are employees of the Department of Homeland Security's ("DHS's") component agency, the Transportation Security Administration ("TSA"). ECF No. 15 (Amended Complaint) ¶¶ 12-13. In their Amended

1

Complaint, Plaintiffs contend that the federal government violated the FLSA, 29 U.S.C.

§ 206, by requiring Plaintiffs and other TSA employees to perform excepted work but

did not pay them for that work on some of their regularly scheduled pay dates during the

2025[1] and 2026[2] lapses in appropriations.  ECF No. 15.  Plaintiffs seek "liquidated

damages equal to the minimum wages due for each missed payday."  *Id.* ¶¶ 69, 73.

Plaintiffs filed their Amended Complaint as a collective action under 29 U.S.C. § 216(b).

*Id.* ¶ 16.  On May 11, 2026, the United States moved to dismiss Plaintiffs' Amended

Complaint; Plaintiffs' response brief is due by June 1, 2026.  ECF No. 25.

The Court set a Scheduling Conference for May 29, 2026, at 11:00 a.m.  ECF

No. 23 at 1.  The Parties' deadline to file a proposed scheduling order is May 22, 2026.

*Id.*

**ARGUMENT**

Defendant requests that the Scheduling Conference be reset to provide the

Parties additional time to confer regarding next steps in the case and that the related

deadline to file a proposed scheduling order—currently May 22, 2026—be extended

---

[1] From the end of the day on September 30, 2025, until November 12, 2025, TSA, among other Executive Branch agencies, experienced a lapse in appropriations.  *See* Pub. L. No. 119-4, 139 Stat 9 (Mar. 15, 2025) (providing annual appropriations until September 30, 2025); *see also* Pub. L. No. 119-37 § 5, Div. A, § 106(3), 139 Stat 495 (Nov. 12, 2025) (continuing resolution restoring appropriations to agencies including DHS (and TSA) through January 30, 2026).

[2] TSA experienced another lapse in appropriations from February 3, 2026, until April 30, 2026.  *See* Pub. L. No. 119-75, Div. H, § 101, 140 Stat. 173, 628 (Feb. 3, 2026) (amended the continuing resolution enacted in November 2025 such that it provided appropriations to DHS and its sub-agencies, including TSA, through February 13, 2026, instead of January 30, 2026); Pub. L. No. 119-86, 140 Stat. 773 (Apr. 30, 2026) (statute appropriating funds to DHS and most of its sub-agencies, including TSA).

until seven days prior to the new date for the scheduling conference.  Specifically, this collective action presents some unusual procedural issues not typical in an ordinary civil action, and the Parties are conferring regarding how this collective action should proceed and whether the Parties can agree to certain steps that could streamline the case.  An additional two weeks will provide the Parties sufficient time to confer and determine if they can reach agreement on next steps in the case.

In addition, Assistant United States Attorney Julia Prochazka has previously planned time out of the office on May 29, 2026—the current date of the Scheduling Conference—and resetting the Scheduling Conference would permit her to attend.

Undersigned counsel certifies under D.C.COLO.L.CivR 7.1(a) that she conferred about this motion with Plaintiffs' counsel and that Plaintiffs do not oppose this motion.

Undersigned counsel certifies, pursuant to D.C.COLO.LCivR 6.1(b), no other extensions of this deadline have previously been sought by either party.

Undersigned counsel certifies, under D.C.COLO.LCivR 6.1(c), that a copy of this motion will be served on Plaintiffs and upon agency counsel, as a representative for Defendant.

Dated: May 18, 2026

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Julia M. Prochazka
**Julia M. Prochazka**
Leslie Schulze
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Julia.Prochazka@usdoj.gov
　　　Leslie.Schulze@usdoj.gov

*Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that I served a copy of the foregoing on the following agency representative for Defendant:

Nathan S. Bryant
Senior Counsel, Litigation–Federal Courts
Office of the Chief Counsel
Transportation Security Administration

s/ Julia M. Prochazka
**Julia M. Prochazka**
Assistant United States Attorney
Counsel for Defendant

5