IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03971-PAB-NRN

BENJAMIN RODGERS, and those similarly situated, and
ASAAD ABRAH RAHAMA,

      Plaintiffs,

v.

USA,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on defendant's Motion to Dismiss [Docket No. 25]. On June 5, 2026, plaintiffs filed a second amended complaint, Docket No. 31, pursuant to Fed. R. Civ. P. 15(a)(2). *See* Docket No. 32 at 1. "The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 148269, at *1 (D. Colo. Jan. 11, 2010). Because the motion to dismiss is directed at plaintiffs' first amended complaint, the motion is moot.

Therefore, it is

**ORDERED** that defendant's Motion to Dismiss [Docket No. 25] is **DENIED without prejudice** as moot.

DATED June 29, 2026.